**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1744-17T1

DESTINY DICKENS, an infant,
by her Guardian Ad Litem,
YVONE SMITH, and YVONE
SMITH, individually,

      Plaintiffs-Respondents,

v.

IRVINGTON BOARD OF
EDUCATION,

      Defendant-Appellant,

and

DEREK STRONG,

      Defendant.

_____

      Submitted November 29, 2018 – Decided March 28, 2019

      Before Judges O'Connor and Whipple.

      On appeal from Superior Court of New Jersey, Law
      Division, Essex County, Docket No. L-6221-15.

Hunt, Hamlin & Ridley, Mauro, Lilling, Naparty, LLP, and Porzio, Bromberg & Newman, PC, attorneys for appellant (Caryn L. Lilling, of counsel and on the brief).

Kirsch, Gelband & Stone, attorneys for respondent (Gregg Alan Stone, of counsel and on the brief; Ronald J. Morgan, on the brief).

PER CURIAM

The court being advised by the parties in the above matter that the issues in dispute have been amicably resolved, the appeal is accordingly dismissed with prejudice and without costs to either party.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1744-17T1